IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**
SEP 2 3 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

IN RE: ASBESTOS PRODUCTS :
LIABILITY LITIGATION (No. VI) :
                               :
CERTAIN PLAINTIFFS             :   Consolidated Under
                               :   MDL DOCKET NO. 875
         v.                    :
                               :
CERTAIN DEFENDANTS             :
                               :

O R D E R

**RULE TO SHOW CAUSE HEARING AND/OR STATUS AND SCHEDULING CONFERENCE FOR CASES ORIGINALLY FILED IN THE EASTERN DISTRICT OF PENNSYLVANIA**

**AND NOW**, this **21st** day of **September 2009**, it is hereby **ORDERED** that a rule to show cause hearing and/or a status and scheduling conference will be held in the captioned cases[1] on **Wednesday, October 21, 2009** at **9:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Prior to the conference, counsel shall review and ascertain the status of each case. Plaintiff's counsel in each case must be prepared to state why the case should not be dismissed for lack of prosecution.

It is further **ORDERED** that failure to appear at the hearing and/or conference shall result in the dismissal of the case.

---

[1]   See Exhibit "A", attached, for listing of individual cases. The cases will also be listed on the Court's MDL 875 website, available at www.paed.uscourts.gov/mdl975.asp.

1

It is further **ORDERED** that counsel for each plaintiff appearing at the conference shall be prepared to provide the following information to the court:

a.) Each defendant with whom plaintiff has achieved resolution of his or her claim.

b.) Each defendant that plaintiff now desires to dismiss from the action.

c.) Each defendant that is currently in bankruptcy with a claim pending.

d.) Each unsettled defendant not in bankruptcy ("unsettled defendants").

It is further **ORDERED** that, as to all unsettled defendants, counsel for the plaintiff and defendant in each case shall be prepared to report to the court[2]:

a.) Status of compliance with Administrative Orders no. 12, 12 as amended, and 14.

b.) Any outstanding discovery.

c.) Any discovery that is still needed and a timetable for its completion.

d.) Whether the plaintiff has obtained a medical diagnosing report or opinion upon which the plaintiff now relies for prosecuting his or her claim, if so, counsel shall provide

---

[2] A written report for submission to the court is not necessary, however, counsel must be prepared to provide this information to the court promptly when the case is called.

2

the name and address of the physician or medical provider who has supplied the diagnosing report or opinion.

e.) Any motions pending.

f.) Readiness for trial and a proposed trial date.

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may submit a letter to the court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the list, and appropriate orders will be entered.

It is further **ORDERED** that, it appearing that the attached cases should be transferred from the civil suspense file, the Clerk of the Court shall transfer the listed cases to the active docket for final disposition.

                    **AND IT IS SO ORDERED**

_____
                        **EDUARDO C. ROBRENO, J.**

| **E.D. PA Case Number** | **EXHIBIT "A"** <br> **Plaintiff Name** | **Plaintiff's Counsel** |
|---|---|---|
| 2:91-cv-00001-JG | HENRY RUH | BROWN, LAURENCE |
| 2:91-cv-00045-JG | LILLIAN WEIMAR | MCGILL, JOSEPH |
| 2:91-cv-00048-JG | FLOSSIE E. GAY | LONG, JAMES |
| 2:91-cv-00049-JG | MARGARET E. HATCHER | LONG, JAMES |
| 2:91-cv-00052-JG | DELORES G. BONEBRAKE | LONG, JAMES |
| 2:91-cv-00053-JG | GEORGE J. KARN | LONG, JAMES |
| 2:91-cv-00054-JG | DONALD E. MYERS | LONG, JAMES |
| 2:91-cv-00055-JG | LAURETTA P. NUTTER | LONG, JAMES |
| 2:91-cv-00056-JG | DONALD LEE BRAGUNIER | LONG, JAMES |
| 2:91-cv-00057-JG | JOHN D. BUSSARD | LONG, JAMES |
| 2:91-cv-00058-JG | CLIFFORD S. CHURCHEY | LONG, JAMES |
| 2:91-cv-00059-JG | CHARLES W. DELAUNEY | LONG, JAMES |
| 2:91-cv-00079-JG | CATHERINE BELFINO | BROWN, LAURENCE |
| 2:91-cv-00104-JG | MICHAEL ZAROFF | SHEIN, JOSEPH |
| 2:91-cv-00105-JG | RITA A. MILEY | SHEIN, JOSEPH |
| 2:91-cv-00140-JG | WALTER WERPSHAW | COHAN, LAWRENCE |
| 2:91-cv-00164-JG | MARIE WEBB | BROWN, LAURENCE |
| ~~2:91-cv-00165-JG~~ | ~~IRMA SPERLING~~ | ~~BROWN, LAURENCE~~ |
| 2:91-cv-00169-JG | MARIE KANE | BROWN, LAURENCE |
| 2:91-cv-00170-JG | EVELYN KOWALIK | LONG, JAMES |
| 2:91-cv-00171-JG | EMIL H. KLEMM | LONG, JAMES |
| 2:91-cv-00183-JG | EDGAR G. GRACE | PINTO, NICHOLAS |
| 2:91-cv-00195-JG | JOHN T. BARISHEK | LONG, JAMES |
| 2:91-cv-00196-JG | ERROLL JONES | LONG, JAMES |
| 2:91-cv-00212-JG | DAVID A. VALENTINE | LONG, JAMES |
| 2:91-cv-00233-JG | CHARLOTTE SPENCER | PERLBERGER, NORMAN |
| 2:91-cv-00246-JG | GENEVA THOMPSON | LONG, JAMES |
| 2:91-cv-00247-JG | DOROTHY K. WIEST | LONG, JAMES |
| 2:91-cv-00248-JG | AGNES MYERS | LONG, JAMES |
| 2:91-cv-00249-JG | BEVERLY KRUM | LONG, JAMES |
| 2:91-cv-00255-JG | JOSEPH T. MOORE | GREENWOOD, JUDY |
| 2:91-cv-00256-JG | ESTHER STEED | GREENWOOD, JUDY |
| 2:91-cv-00258-JG | RUTH MILLER | LEH, MICHAEL |
| 2:91-cv-00289-JG | ELMER S. BRUN | BALEFSKY, LEE |
| 2:91-cv-00290-JG | AMELIA FRICKER | BALEFSKY, LEE |
| 2:91-cv-00291-JG | FRANCIS H. HOFFBAUER | BALEFSKY, LEE |
| 2:91-cv-00302-JG | JAMES MANNION | BROWN, LAURENCE |
| 2:91-cv-00303-JG | STANTON CHEESMAN | BROWN, LAURENCE |
| 2:91-cv-00305-JG | GLADYS BLAIR | BROWN, LAURENCE |
| 2:91-cv-00306-JG | JOSEPH V. BORSELLO | BROWN, LAURENCE |
| 2:91-cv-00307-JG | DOROTHY CIPRIANO | BROWN, LAURENCE |
| 2:91-cv-00308-JG | CHARLOTTE SCICCHITANO | BROWN, LAURENCE |
| 2:91-cv-00328-JG | STELLA M. OLIVAR | POWELL, KENNETH |
| 2:91-cv-00334-JG | HATTIE JOHNSON | LONG, JAMES |
| 2:91-cv-00335-JG | EUGENE HUDRICK | LONG, JAMES |
| 2:91-cv-00336-JG | HELEN LAMB | LONG, JAMES |
| 2:91-cv-00337-JG | JEANETTE BONNER | LONG, JAMES |
| 2:91-cv-00338-JG | LOUISE GRAHAM | LONG, JAMES |

| | | |
|---|---|---|
| 2:91-cv-00339-JG | CHARLES ROSS | LONG, JAMES |
| 2:91-cv-00340-JG | DOROTHY LONG | LONG, JAMES |
| 2:91-cv-00341-JG | JAMES DELAHUNTY | LONG, JAMES |
| 2:91-cv-00342-JG | JOHN MONTGOMERY | LONG, JAMES |
| 2:91-cv-00343-JG | ROBERT DAYS | LONG, JAMES |
| 2:91-cv-00406-JG | LORETTA S. LEMBERG | SHEIN, JOSEPH |
| 2:91-cv-00407-JG | OSCAR L. HERRING | SHEIN, JOSEPH |
| 2:91-cv-00411-JG | IRIS BERNARD | SCHWARTZ, JEFFREY |
| 2:91-cv-00446-JG | ALBERT SHEEHAN | GOSNAY, DONALD |
| 2:91-cv-00448-JG | CATHERINE BUCHANAN | BROWN, LAURENCE |
| 2:91-cv-00450-JG | ARLENE MULDROW | PERLBERGER, NORMAN |
| 2:91-cv-00459-JG | EDWARD J. RICH | LONG, JAMES |
| 2:91-cv-00460-JG | FRANCES COYLE | LONG, JAMES |
| 2:91-cv-00461-JG | ADDIE DAWSON | LONG, JAMES |
| 2:91-cv-00462-JG | ALLEN WALKER | LONG, JAMES |
| 2:91-cv-00463-JG | ANNE TRAINER | LONG, JAMES |
| 2:91-cv-00464-JG | JAMES MORRIS | LONG, JAMES |
| 2:91-cv-00465-JG | GEORGE RUTTER | LONG, JAMES |
| 2:91-cv-00466-JG | MARY LAMB | LONG, JAMES |
| 2:91-cv-00467-JG | LULA JOHNSON | LONG, JAMES |
| 2:91-cv-00468-JG | JOSEPH KRUPSKY | LONG, JAMES |
| 2:91-cv-00469-JG | ALNEATHA NESMITH | LONG, JAMES |
| 2:91-cv-00470-JG | CECIL E. SHAW | LONG, JAMES |
| 2:91-cv-00471-JG | CHARLES ASKEW | LONG, JAMES |
| 2:91-cv-00472-JG | SAMUEL BARRON | LONG, JAMES |
| 2:91-cv-00473-JG | GEORGE PASKIEWICZ | LONG, JAMES |
| 2:91-cv-00481-JG | WILLIAM J. HANNA | BROWN, LAURENCE |
| 2:91-cv-00482-JG | CLARA DRAMES | LONG, JAMES |
| 2:91-cv-00483-JG | BEN HARTAGE | LONG, JAMES |
| 2:91-cv-00484-JG | FRANCES ROBINSON | LONG, JAMES |
| 2:91-cv-00485-JG | FRANCIS J. DONOHUE | LONG, JAMES |
| 2:91-cv-00489-JG | JOHN MATTHEW CONEY | COHAN, LAWRENCE |
| 2:91-cv-00490-JG | ANNA GALLIMORE | LEVIN, NELSON |
| 2:91-cv-00503-JG | CATHARINE WARK | BROWN, LAURENCE |
| 2:91-cv-00505-JG | JACOB D. BRICKLEY | POWELL, KENNETH |
| 2:91-cv-00521-JG | MONTE A. TAMBOURINO | WILSON, STEPHEN |
| 2:91-cv-00522-JG | CHARLES E. KELLEY | LONG, JAMES |
| 2:91-cv-00523-JG | FLORENCE FRIEND | LONG, JAMES |
| 2:91-cv-00562-JG | MARY NESSUNO | BROWN, LAURENCE |
| 2:91-cv-00577-JG | BARBARA CROTHERS | LONG, JAMES |
| 2:91-cv-00578-JG | MARY KLEIN | LONG, JAMES |
| 2:91-cv-00579-JG | PHILIP PEYTON | LONG, JAMES |
| 2:91-cv-00580-JG | DANIEL MURRAY | LONG, JAMES |
| 2:91-cv-00581-JG | ANTOINETTE PATTERSON | LONG, JAMES |
| 2:91-cv-00582-JG | CHARLES MCGROTHER | LONG, JAMES |
| 2:91-cv-00583-JG | CHARLES KELLY | LONG, JAMES |
| 2:91-cv-00584-JG | DON H. MCALLISTER | LONG, JAMES |
| 2:91-cv-00585-JG | ALICE E. PRADER | LONG, JAMES |
| 2:91-cv-00663-JG | MAE E. VAN SCIVER | REICH, ALAN |
| 2:91-cv-00670-JG | ANN MARIE KELLY | PERLBERGER, NORMAN |

| | | |
|---|---|---|
| 2:91-cv-00685-JG | DELMAR W. TINSMAN | LONG, JAMES |
| 2:91-cv-00687-JG | HILDA I. STAUBS | LONG, JAMES |
| 2:91-cv-00688-JG | MYRTLE H. RUNKLES | LONG, JAMES |
| 2:91-cv-00689-JG | MAX LeROY POWELL | LONG, JAMES |
| 2:91-cv-00692-JG | THOMAS SMOLEN | LONG, JAMES |
| 2:91-cv-00693-JG | ELLA LLOYD | LONG, JAMES |
| 2:91-cv-00694-JG | JAMES ROBINSON | LONG, JAMES |
| 2:91-cv-00695-JG | OCIE BASS | LONG, JAMES |
| 2:91-cv-00704-JG | GERALDINE GORMAN | LEVIN, NELSON |
| 2:91-cv-00710-JG | FRANCIS J. MCDERMOTT | SHEIN, JOSEPH |
| 2:91-cv-00711-JG | BETTY ANN LESSMAN | SHEIN, JOSEPH |
| 2:91-cv-00715-JG | MARIE MANSPEAKER | BROWN, LAURENCE |
| 2:91-cv-00767-JG | ANTOINETTE CANELLI | PAUL, ROBERT |
| 2:91-cv-00768-JG | ANTHONY L. MANZOLILLO | LONG, JAMES |
| 2:91-cv-00773-JG | JEAN AUGUR | O&#039;SHEA, ROBERT |
| 2:91-cv-00784-JG | JOSEPHINE MEARS | BROWN, LAURENCE |
| 2:91-cv-00785-JG | MARY HALL | BROWN, LAURENCE |
| 2:91-cv-00786-JG | JOSEPH DESIPIO | BROWN, LAURENCE |
| 2:91-cv-00787-JG | DOROTHY PEARLSTEIN | BROWN, LAURENCE |
| 2:91-cv-00790-JG | ELIJAH J. ALLEN | SCHWARTZ, JEFFREY |
| 2:91-cv-00799-JG | DOROTHY SOBIESKI | BROWN, LAURENCE |
| 2:91-cv-00800-JG | CHARLES SWEENEY | BROWN, LAURENCE |
| 2:91-cv-00801-JG | BARBARA ANN HANCOCK | BROWN, LAURENCE |
| 2:91-cv-00839-JG | MARGARET FINLEY | COHEN, MITCHELL |
| 2:91-cv-00845-JG | DENIS T. SULLIVAN | BALEFSKY, LEE |
| 2:91-cv-00846-JG | HARRY MACKIN | BALEFSKY, LEE |
| 2:91-cv-00847-JG | CLEVELAND MINUS | BALEFSKY, LEE |
| 2:91-cv-00848-JG | ELIZABETH DOLAN | BALEFSKY, LEE |
| 2:91-cv-00849-JG | FRANK ALEARDI | MCGILL, JOSEPH |
| 2:91-cv-00850-JG | JANE KARAS | BALEFSKY, LEE |
| 2:91-cv-00872-JG | DANIEL D. McCLOUD | PAUL, ROBERT |
| 2:91-cv-00876-JG | ANNA POORMAN | DI DONATO, JOHN |
| 2:91-cv-00884-JG | CURTIS SEIVERD | LONG, JAMES |
| 2:91-cv-00885-JG | ESTHER M. LINBERGER | LONG, JAMES |
| 2:91-cv-00886-JG | EDWARD J. MCDADE | LONG, JAMES |
| 2:91-cv-00887-JG | DOLORES LAMB | LONG, JAMES |
| 2:91-cv-00888-JG | JOHN F. O'LEARY | LONG, JAMES |
| 2:91-cv-00889-JG | EDWARD W. KELLY | LONG, JAMES |
| 2:91-cv-00890-JG | CLARA V. WILSON | LONG, JAMES |
| 2:91-cv-00891-JG | GERALDINE BAZEMORE | LONG, JAMES |
| 2:91-cv-00892-JG | JOHN SEITZ | LONG, JAMES |
| 2:91-cv-00906-JG | JOHN J. LOWRY | LEH, MICHAEL |
| 2:91-cv-00909-JG | DAVID BITTNER | LONG, JAMES |
| 2:91-cv-00910-JG | BETTY DANIELS | LONG, JAMES |
| 2:91-cv-00913-JG | JOHN M. GLEASON | PAUL, ROBERT |
| 2:91-cv-00916-JG | WILLIAM D. CLARK | LONG, JAMES |
| 2:91-cv-00917-JG | JULIA BURNSWORTH | LONG, JAMES |
| 2:91-cv-00918-JG | JACQUELINE DONATO | LONG, JAMES |
| 2:91-cv-00919-JG | DOROTHY MATTIS | LONG, JAMES |
| 2:91-cv-00920-JG | JOSEPH P ARNOLD | LONG, JAMES |
| 2:91-cv-00921-JG | AGNES BAILOR | LONG, JAMES |
| 2:91-cv-00922-JG | MAURICE BEALL | LONG, JAMES |

| | | |
|---|---|---|
| 2:91-cv-00923-JG | RUTH BIBEL | LONG, JAMES |
| 2:91-cv-00933-JG | BONNIE SCHILLINGER | LEVIN, NELSON |
| 2:91-cv-00934-JG | EPHRAIM ACKER | LEVIN, NELSON |
| 2:91-cv-00938-JG | KATHERINE DEBOSE | GREENWOOD, JUDY |
| 2:91-cv-00950-JG | GLORIA M. PREM | HAFT, LARRY |
| 2:91-cv-00951-JG | DOROTHY L. EDWARDS | PERLBERGER, NORMAN |
| 2:91-cv-00952-JG | GAIL COLL | PERLBERGER, NORMAN |
| 2:91-cv-00966-JG | WILLIAM E. WILLIAMS | LONG, JAMES |
| 2:91-cv-00972-JG | NORMAN YOUNG | BROWN, LAURENCE |
| 2:91-cv-00973-JG | GERALD KLEIN | BROWN, LAURENCE |
| 2:91-cv-00978-JG | BARBARA HELEN AVERELL | PINTO, NICHOLAS |
| 2:91-cv-01002-JG | EARL THOMAS PATTERSON | ADELS, PETER |
| 2:91-cv-01009-JG | JAMES RIVELL | LONG, JAMES |
| 2:91-cv-01024-JG | MARY NEMCHIK | PERLBERGER, NORMAN |
| 2:91-cv-01025-JG | BETTY BERSTLER | PAUL, ROBERT |
| 2:91-cv-01040-JG | CARL H. WILLIAMS | COHAN, LAWRENCE |
| 2:91-cv-01063-JG | MARY CALDERWOOD | BROWN, LAURENCE |
| 2:91-cv-01086-JG | DANIEL JOSEPH MCCALL | LEH, MICHAEL |
| 2:91-cv-01087-JG | JOHN C. GORDON | MARSHALL, DONALD |
| 2:91-cv-01117-JG | DANIEL SMALL | LONG, JAMES |
| 2:91-cv-01118-JG | FLORENCE SMARTO | LONG, JAMES |
| 2:91-cv-01119-JG | CONNELL TRESSLER | LONG, JAMES |
| 2:91-cv-01120-JG | WILLIAM F. WILHELM | LONG, JAMES |
| 2:91-cv-01121-JK | LAWRENCE R. METZ | LONG, JAMES |
| 2:91-cv-01122-JG | ANTHONY MASS | LONG, JAMES |
| 2:91-cv-01123-JG | EDWARD J. LUCAS | LONG, JAMES |
| 2:91-cv-01124-JG | CATHERLINE MAYFIELD | LONG, JAMES |
| 2:91-cv-01125-JG | NAOMA MCCAULEY | LONG, JAMES |
| 2:91-cv-01126-JG | LEROY RITENOUR | LONG, JAMES |
| 2:91-cv-01127-JG | LOUISE ROBINSON | LONG, JAMES |
| 2:91-cv-01128-JG | JAMES SHIPLEY | LONG, JAMES |
| 2:91-cv-01149-JG | ELLEN PURFIELD | BROWN, LAURENCE |
| 2:91-cv-01189-JG | DOLORES E. EASTON | HAFT, LARRY |
| 2:91-cv-01190-JG | HELEN HASSELL | HAFT, LARRY |
| 2:91-cv-01191-JG | FRANK CHIPRICH | HAFT, LARRY |
| 2:91-cv-01192-JG | HAROLD J. TURNER | KOPIL, THOMAS |
| 2:91-cv-01193-JG | GLENN P. CURTIS | HAFT, LARRY |
| 2:91-cv-01194-JG | GEORGE H. DANIELS | HAFT, LARRY |
| 2:91-cv-01195-JG | ALMA HORNER | HAFT, LARRY |
| 2:91-cv-01196-JG | FRANCIS E. PLAPPERT | HAFT, LARRY |
| 2:91-cv-01204-JG | ANTHONY GABRIS | LEH, MICHAEL |
| 2:91-cv-01208-JG | MARY ANN DILL | LONG, JAMES |
| 2:91-cv-01209-JG | ELVIN F. LEASE | LONG, JAMES |
| 2:91-cv-01210-JG | HILDA HOWELL | LONG, JAMES |
| 2:91-cv-01211-JG | GEORGE D. HINCHMAN | LONG, JAMES |
| 2:91-cv-01212-JG | MARY E. GROFF | LONG, JAMES |
| 2:91-cv-01213-JG | ALLEN A. DZAMBO | LONG, JAMES |
| 2:91-cv-01214-JG | MARGARET GRABOSKY | LONG, JAMES |
| 2:91-cv-01215-JG | JOHN C. GARTHWAITE | LONG, JAMES |
| 2:91-cv-01216-JG | EWING R. FIELDS | LONG, JAMES |

| Case Number | Plaintiff | Attorney |
|---|---|---|
| 2:91-cv-01217-JG | EUGENE EVANS | LONG, JAMES |
| 2:91-cv-01218-JG | JOHN ZAWISLAN | LONG, JAMES |
| 2:91-cv-01238-JG | BERNARD VANYO | COHAN, LAWRENCE |
| 2:91-cv-01239-JG | HELEN WASKOVICH | LEH, MICHAEL |
| 2:91-cv-01248-JG | EDWARD KOCHUGA | LONG, JAMES |
| 2:91-cv-01249-JG | G.M. COLLINS | LONG, JAMES |
| 2:91-cv-01250-JG | IRENE MULLIGAN | MCGILL, JOSEPH |
| 2:91-cv-01252-JG | ANN MICKNIS | LONG, JAMES |
| 2:91-cv-01253-JG | LESTER JONES | SHEIN, JOSEPH |
| 2:91-cv-01254-JG | WILLIAM E. FLANAGAN | LONG, JAMES |
| 2:91-cv-01255-JG | BLAINE GLANCY | LONG, JAMES |
| 2:91-cv-01256-JG | ELEANOR CORNER | LONG, JAMES |
| 2:91-cv-01257-JG | DOROTHY GUERINI | LONG, JAMES |
| 2:91-cv-01258-JG | THOMAS G. DOUGHTY | LONG, JAMES |
| 2:91-cv-01277-JG | DIANE C. SMITH | MARSHALL, DONALD |
| 2:91-cv-01278-JG | JANE PRICE | MARSHALL, DONALD |
| 2:91-cv-01279-JG | MILDRED WHITEMAN | MARSHALL, DONALD |
| 2:91-cv-01286-JG | ELIZABETH ANDERSON | LONG, JAMES |
| 2:91-cv-01287-JG | LYNN BARRY | LONG, JAMES |
| 2:91-cv-01288-JG | PATSY BROWN | LONG, JAMES |
| 2:91-cv-01289-JG | JOSEPH S. CALLIBARRI | LONG, JAMES |
| 2:91-cv-01290-JG | RONALD CALICCHIO | LONG, JAMES |
| 2:91-cv-01291-JG | CLAIR MCKLVEEN | LONG, JAMES |
| 2:91-cv-01292-JG | PAUL DIEHL | LONG, JAMES |
| 2:91-cv-01297-JG | ANNE REAM | MURPHY, ROBERT |
| 2:91-cv-01298-JG | FRANCIS DEVLIN | MURPHY, ROBERT |
| 2:91-cv-01300-JG | HELEN PARSONS | MURPHY, ROBERT |
| 2:91-cv-01302-JG | JESSE PERKINS | MURPHY, ROBERT |
| 2:91-cv-01304-JG | THOMAS MOBLEY | LONG, JAMES |
| 2:91-cv-01308-JG | ELIZABETH BAGLEY | GREENWOOD, JUDY |
| 2:91-cv-01309-JG | JAMES MEISSNER | GREENWOOD, JUDY |
| 2:91-cv-01311-JG | ANTHONY SKALAMERA | GREENWOOD, JUDY |
| 2:91-cv-01319-JG | JAMES R. BANFER | HAFT, LARRY |
| 2:91-cv-01325-JG | VINCENT W. MACELROY | SCHWARTZ, RICHARD |
| 2:91-cv-01326-JG | MILDRED ZOZOFSKY | COHAN, LAWRENCE |
| 2:91-cv-01339-JG | JUDITH WALSH | LONG, JAMES |
| 2:91-cv-01343-JG | FRANK MCALLISTER | LONG, JAMES |
| 2:91-cv-01345-JG | AGNES UNGER | SHEIN, JOSEPH |
| 2:91-cv-01346-JG | CLARK C. HAMILTON | SHEIN, JOSEPH |
| 2:91-cv-01351-JG | JOSEPH BORGARO | HOWARD, GEORGE |
| 2:91-cv-01352-JG | ELEANOR BLUMENTHAL | NASS, EDWARD |
| 2:91-cv-01379-JG | ALBERTA PRALL | LONG, JAMES |
| 2:91-cv-01380-JG | H. LOUISE WALKER | LONG, JAMES |
| 2:91-cv-01381-JG | BERNARD WISE | LONG, JAMES |
| 2:91-cv-01382-JG | CARMEN MUSONE | LONG, JAMES |
| 2:91-cv-01383-JG | DAVID PATERSON | LONG, JAMES |
| 2:91-cv-01384-JG | ISAAC SHERWOOD | LONG, JAMES |
| 2:91-cv-01385-JG | JACOB GARLETTS | LONG, JAMES |
| 2:91-cv-01394-JG | VYVYAN HARRIS | SANDLER, CARY |
| 2:91-cv-01399-JG | MARY C. YOUNGBLOOD | LONG, JAMES |



| | | |
|---|---|---|
| 2:91-cv-01400-JG | LORRAINE G. GLADHILL | LONG, JAMES |
| 2:91-cv-01401-JG | CHARLOTTE J. BISHOP | LONG, JAMES |
| 2:91-cv-01402-JG | JOSEPH E. RODEHEAVER | LONG, JAMES |
| 2:91-cv-01403-JG | DOROTHY MAE THRASHER | LONG, JAMES |
| 2:91-cv-01404-JG | LEON G. KINSEY | LONG, JAMES |
| 2:91-cv-01460-JG | CHARLOTTE WALTERS | GREENWOOD, JUDY |
| 2:91-cv-01461-JG | KAREN MANNING | GREENWOOD, JUDY |
| 2:91-cv-01462-JG | THEODORE PAYNE | GREENWOOD, JUDY |
| 2:91-cv-01463-JG | MICHAEL MANLEY | GREENWOOD, JUDY |
| 2:91-cv-01466-JG | JESSE JONES | LONG, JAMES |
| 2:91-cv-01470-JG | DOROTHY GOMES | PAUL, ROBERT |
| 2:91-cv-01471-JG | RICHARD McGINN | PAUL, ROBERT |
| 2:91-cv-01488-JG | LEONARD BALA | PAUL, ROBERT |
| 2:91-cv-01497-JG | IRENE SIMMONS | SCHWARTZ, LISA |
| 2:91-cv-01520-JG | EVELYN MACKLEY | LONG, JAMES |
| 2:91-cv-01521-JG | JAMES A. HUGHES | SHEIN, JOSEPH |
| 2:91-cv-01524-JG | JAMES F. SHOOK | LONG, JAMES |
| 2:91-cv-01525-JG | JANET L MATTHEWS | LONG, JAMES |
| 2:91-cv-01534-JG | EMMA MERRITT | BROWN, LAURENCE |
| 2:91-cv-01535-JG | GAIL DUBIN | BROWN, LAURENCE |
| 2:91-cv-01536-JG | ANNIE MAE ADAMS | PINTO, NICHOLAS |
| 2:91-cv-01564-JG | CHARLES KULESA | BROWN, LAURENCE |
| 2:91-cv-01570-JG | EDMUND CARMANY | PAUL, ROBERT |
| 2:91-cv-01571-JG | TENNISON BAILEY | PAUL, ROBERT |
| 2:91-cv-01584-JG | FRANKLIN FETTEROLF | COHEN, MITCHELL |
| 2:91-cv-01593-JG | RONALD J. WALL | BROWN, LAURENCE |
| 2:91-cv-01594-JG | IRENE BECKETT | PAUL, ROBERT |
| 2:91-cv-01596-JG | ANNA CARACILIO | PAUL, ROBERT |
| 2:91-cv-01616-JG | CULLEN D. TOMLINSON | BALEFSKY, LEE |
| 2:91-cv-01651-JG | JOSEPH MILLER | MARSHALL, DONALD |
| 2:91-cv-01661-JG | EARL W. JENKINS | PERLBERGER, NORMAN |
| 2:91-cv-01662-JG | CLAUDIA PRENDERGAST | O'KEEFE, ANN |
| 2:91-cv-01663-JG | GEORGE MUTH | O'KEEFE, ANN |
| 2:91-cv-01665-JG | ROBERT MARTIN | GREENWOOD, JUDY |
| 2:91-cv-01666-JG | ALBERT SAUNDERS | GREENWOOD, JUDY |
| 2:91-cv-01667-JG | BEATRICE PILGRIM | GREENWOOD, JUDY |
| 2:91-cv-01668-JG | HELEN WERBANY | GREENWOOD, JUDY |
| 2:91-cv-01669-JG | BARBARA LENTZ | GREENWOOD, JUDY |
| 2:91-cv-01670-JG | GEORGE SIROIS | GREENWOOD, JUDY |
| 2:91-cv-01677-JG | W. H. SNOW | LONG, JAMES |
| 2:91-cv-01678-JG | GEORGE SNYDER | LONG, JAMES |
| 2:91-cv-01679-JG | NICHOLAS TERREGINO | LONG, JAMES |
| 2:91-cv-01680-JG | MARSHA J. SCOTT | LONG, JAMES |
| 2:91-cv-01681-JG | BETTY JUNE SCHLOPT | LONG, JAMES |
| 2:91-cv-01682-JG | MARY ANN RODNEY | LONG, JAMES |
| 2:91-cv-01683-JG | SAMUEL SIMONETTE | LONG, JAMES |
| 2:91-cv-01692-JG | DEBORAH NIWA | LONG, JAMES |
| 2:91-cv-01693-JG | GERALD G. OAKES | LONG, JAMES |
| 2:91-cv-01694-JG | EDITH M. THOMAS | LONG, JAMES |
| 2:91-cv-01727-JG | FRANK J. PRATICO | LEVIN, NELSON |



| Case Number | Plaintiff | Attorney |
|---|---|---|
| 2:91-cv-01729-JG | JEANETTE DUGAN | LEVIN, NELSON |
| 2:91-cv-01747-JG | ANNA ANTONIO | LEH, MICHAEL |
| 2:91-cv-01748-JG | JEAN BECKER | LEH, MICHAEL |
| 2:91-cv-01749-JG | CECELIA BELAS | LEH, MICHAEL |
| 2:91-cv-01751-JG | ANNE S. CALLAHAN | LEH, MICHAEL |
| 2:91-cv-01752-JG | JOHN J. COLNA | LEH, MICHAEL |
| 2:91-cv-01754-JG | FLORENCE DAVIS | LEH, MICHAEL |
| 2:91-cv-01755-JG | CARL FAUST | LEH, MICHAEL |
| 2:91-cv-01756-JG | IRMA B. FERNSLER | LEH, MICHAEL |
| 2:91-cv-01757-JG | GEORGE G. FOOSE | LEH, MICHAEL |
| 2:91-cv-01758-JG | FRANCIS J. GATELY | LEH, MICHAEL |
| 2:91-cv-01759-JG | FRANK J. GAYEUSKI | LEH, MICHAEL |
| 2:91-cv-01760-JG | JAMES HAHN | LEH, MICHAEL |
| 2:91-cv-01762-JG | EMLYN E. JONES | LEH, MICHAEL |
| 2:91-cv-01767-JG | ARLIN A. KRAMER | LEH, MICHAEL |
| 2:91-cv-01768-JG | FRANK KUTASH | LEH, MICHAEL |
| 2:91-cv-01772-JG | ELSIE LINDEN | LEH, MICHAEL |
| 2:91-cv-01773-JG | ELAINE A. MATAKA | LEH, MICHAEL |
| 2:91-cv-01774-JG | JOSEPH P. NAHAS | LEH, MICHAEL |
| 2:91-cv-01775-JG | FRANCES J. PALKO | LEH, MICHAEL |
| 2:91-cv-01776-JG | ANNA RADA | LEH, MICHAEL |
| 2:91-cv-01777-JG | KAY REED | LEH, MICHAEL |
| 2:91-cv-01778-JG | DONALD J. RHODES | LEH, MICHAEL |
| 2:91-cv-01779-JG | ELIZABETH T. RUSSIAL | LEH, MICHAEL |
| 2:91-cv-01780-JG | CHARLES W. SEASOCK | LEH, MICHAEL |
| 2:91-cv-01781-JG | ELSIE E. SHADLE | LEH, MICHAEL |
| 2:91-cv-01782-JG | BLAIR D. SITLINGER | LEH, MICHAEL |
| 2:91-cv-01783-JG | HENRY A. SIMS | LEH, MICHAEL |
| 2:91-cv-01784-JG | LILLIAN I. STAUDT | LEH, MICHAEL |
| 2:91-cv-01785-JG | DAVID SPANGLER | LEH, MICHAEL |
| 2:91-cv-01786-JG | LOUIS N. TARANTINO | LEH, MICHAEL |
| 2:91-cv-01787-JG | MARTHA STEFICEK | LEH, MICHAEL |
| 2:91-cv-01788-JG | ETHEL TOROLA | LEH, MICHAEL |
| 2:91-cv-01789-JG | MARGARET VAN BLARGAN | LEH, MICHAEL |
| 2:91-cv-01790-JG | GLORIA F. ZERNHELT | LEH, MICHAEL |
| 2:91-cv-01792-JG | ELIZABETH CLEARY | BROWN, LAURENCE |
| 2:91-cv-01794-JG | JOHN PEACOCK | BROWN, LAURENCE |
| 2:91-cv-01806-JG | CATHERINE T. FONASH | COOPERMAN, AMANDA |
| 2:91-cv-01894-JG | MICHAEL J. GUIDAS | GREENWOOD, JUDY |
| 2:91-cv-01895-JG | LORENZO VERNACCHIO | GREENWOOD, JUDY |
| 2:91-cv-01896-JG | JULIE CHERNOUS | GREENWOOD, JUDY |
| 2:91-cv-01900-JG | DAVID D. BRYAN | PERLBERGER, NORMAN |
| 2:91-cv-01901-JG | ANNE MARUCCI | PERLBERGER, NORMAN |
| 2:91-cv-01952-JG | FLORENCE RECKUS | BROWN, LAURENCE |
| 2:91-cv-01954-JG | JAMES HARDING | LEVIN, NELSON |
| 2:91-cv-01983-JG | MICHELE PEEPLES | BROWN, LAURENCE |
| 2:91-cv-01993-JG | ANNA MAE PORTER | LEH, MICHAEL |
| 2:91-cv-01994-JG | JON L. REITER | LEH, MICHAEL |
| 2:91-cv-01995-JG | ALBERT J. PETUSKY | LEH, MICHAEL |
| 2:91-cv-02001-JG | FLORENCE BASMAJIAN | PAUL, ROBERT |

| | | |
|---|---|---|
| 2:91-cv-02015-JG | JOSEPH KNAST | BROWN, LAURENCE |
| 2:91-cv-02024-JG | EUGENE A. LANZI | COHAN, LAWRENCE |
| 2:91-cv-02027-JG | ROBERT L. MARSHALL | PAUL, ROBERT |
| 2:91-cv-02030-JG | EARL REDFERN | SCHWARTZ, JEFFREY |
| 2:91-cv-02055-JG | CATHERINE COLEMAN | SHEIN, JOSEPH |
| 2:91-cv-02056-JG | JOSEPH CROCETTO | SHEIN, JOSEPH |
| 2:91-cv-02135-JG | ALVIN L. WHITEHEAD | COHAN, LAWRENCE |
| 2:91-cv-02144-JG | JOSEPH CLEARY | GREENWOOD, JUDY |
| 2:91-cv-02145-JG | MILDRED GERACE | GREENWOOD, JUDY |
| 2:91-cv-02146-JG | MARGARET MARVEL | GREENWOOD, JUDY |
| 2:91-cv-02147-JG | ANTHONY MITROS | LEH, MICHAEL |
| 2:91-cv-02148-JG | AGNES DeWITT | COHAN, LAWRENCE |
| 2:91-cv-02166-JG | HARRY ILES | PAUL, ROBERT |
| 2:91-cv-02167-JG | JAMES FLADGER | REICH, ALAN |
| 2:91-cv-02169-JG | JOSEPH A. PINELLI | PAUL, ROBERT |
| 2:91-cv-02192-JG | MARY DISIMONE | BROWN, LAURENCE |
| 2:91-cv-02193-JG | ALTA NOLAN | BROWN, LAURENCE |
| 2:91-cv-02229-JG | JOHN D. RASTELLI | KOPIL, THOMAS |
| 2:91-cv-02230-JG | ESTHER CLARK | HAFT, LARRY |
| 2:91-cv-02268-JG | HELEN GIMBOR | LONG, JAMES |
| 2:91-cv-02270-JG | HELM JOHN CADWALADER | COOPERMAN, AMANDA |
| 2:91-cv-02271-JG | HERBERT KURZ | COOPERMAN, AMANDA |
| 2:91-cv-02285-JG | HAROLD L. CORKERY | LEVIN, NELSON |
| 2:91-cv-02291-JG | ROBERT A. ANDERSON | SHEIN, JOSEPH |
| 2:91-cv-02331-JG | ELIZABETH ZELINSKY | HANNAWAY, E. |
| 2:91-cv-02332-JG | STELLA BROWN | LEH, MICHAEL |
| 2:91-cv-02344-JG | CAROL MOYER | BALEFSKY, LEE |
| 2:91-cv-02360-JG | LINDA D. HAWK | LONG, JAMES |
| 2:91-cv-02367-JG | HARRY URON | COHEN, MITCHELL |
| 2:91-cv-02416-JG | DOROTHY SHOWELL | TACHE, SIMON |
| 2:91-cv-02417-JG | BETTY BROSKO | BROWN, LAURENCE |
| 2:91-cv-02454-JG | KENNETH FETTER | PERLBERGER, NORMAN |
| 2:91-cv-02455-JG | CAROLYN ANN BERNSTIEL | RUBIN, EDWARD |
| 2:91-cv-02493-JG | HELEN GORDON | MARSHALL, DONALD |
| 2:91-cv-02508-JG | HELEN S. CHRIN | COHAN, LAWRENCE |
| 2:91-cv-02509-JG | WALTER J. HETHERINGTON | COOPERMAN, AMANDA |
| 2:91-cv-02510-JG | FREDERICK K. DEROLF | COHAN, LAWRENCE |
| 2:91-cv-02511-JG | GLORIA C. MARTINO | COHAN, LAWRENCE |
| 2:91-cv-02515-JG | ALTON B. JACOBS | COHAN, LAWRENCE |
| 2:91-cv-02519-JG | FLORENCE BOULDEN | BROWN, LAURENCE |
| 2:91-cv-02520-JG | JOHN F. STROUP | BROWN, LAURENCE |
| 2:91-cv-02522-JG | BONNIE LEE SAUDERS | SCHWARTZ, JEFFREY |
| 2:91-cv-02526-JG | ANNA SODEN | KOPIL, THOMAS |
| 2:91-cv-02535-JG | RALPH J. CICIA | COHAN, LAWRENCE |
| 2:91-cv-02536-JG | ISABELLA FORD | COHAN, LAWRENCE |
| 2:91-cv-02537-JG | ELIZA CORBETT | COHAN, LAWRENCE |
| 2:91-cv-02565-JG | ALBERT C. BATTEN | SHEIN, JOSEPH |
| 2:91-cv-02586-JG | ELLA STARKEY | MARSHALL, DONALD |
| 2:91-cv-02589-JG | EMILY KUBAS | JOYCE, THOMAS |
| 2:91-cv-02616-JG | LEON WOODSON | HAFT, LARRY |

| | | |
|---|---|---|
| 2:91-cv-02657-JG | FLORENCE WELSH | BROWN, LAURENCE |
| 2:91-cv-02658-JG | CECILIA KONICKI | BROWN, LAURENCE |
| 2:91-cv-02674-JG | ELLEN AIREY | NASS, EDWARD |
| 2:91-cv-02677-JG | GEORGE ADLER | COOPERMAN, AMANDA |
| 2:91-cv-02678-JG | DOROTHY TUZI | COOPERMAN, AMANDA |
| 2:91-cv-02684-JG | DOLORES SCAVUZZO | BROWN, LAURENCE |
| 2:91-cv-02700-JG | CATHERINE E. RUMSON | SHEIN, JOSEPH |
| 2:91-cv-02752-JG | CHARLES JOHNSON | BROWN, LAURENCE |
| 2:91-cv-02762-JG | ALICE B. MORROW | COOPERMAN, AMANDA |
| 2:91-cv-02763-JG | DAVID C. RIDGEWAY | LONG, JAMES |
| 2:91-cv-02793-JG | ANNA M. COSTA | HAFT, LARRY |
| 2:91-cv-02815-JG | MABLE POWER | MARSHALL, DONALD |
| 2:91-cv-02842-JG | MARY B. HOLODNAK | SHEIN, JOSEPH |
| 2:91-cv-02906-JG | JEROME P. HENWOOD | SHEIN, JOSEPH |
| 2:91-cv-02917-JG | NICHOLAS PRIMAVERA | FINEMAN, JOSEPH |
| 2:91-cv-02919-JG | JOHN T. SOWIZRAI | FORCENO, RAYMOND |
| 2:91-cv-02925-JG | BEULAH COMBS | BALEFSKY, LEE |
| 2:91-cv-02926-JG | LILLIAN GOLDSTEIN | BALEFSKY, LEE |
| 2:91-cv-02967-JG | VIRGINIA MORTON | COHAN, LAWRENCE |
| 2:91-cv-03015-JG | ALFRED J. RAFES | SHEIN, JOSEPH |
| 2:91-cv-03042-JG | JAMES CONNER | SCHWARTZ, JEFFREY |
| 2:91-cv-03054-JG | DEMETRE GERONYMOS | PERLBERGER, NORMAN |
| 2:91-cv-03056-JG | ROXIE BARCLAY | KRISTAL, JERRY |
| 2:91-cv-03057-JG | LINDA HARRY | PERLBERGER, NORMAN |
| 2:91-cv-03058-JG | RITA KALAFATIS | PERLBERGER, NORMAN |
| 2:91-cv-03065-JG | JAMES ROBERTSON | TACHE, SIMON |
| 2:91-cv-03066-JG | WILLIAM HANNA | TACHE, SIMON |
| 2:91-cv-03112-JG | JOSEPH DESTEFANO | PINTO, NICHOLAS |
| 2:91-cv-03143-JG | ELIZABETH STANISZEWSKI | COHAN, LAWRENCE |
| 2:91-cv-03196-JG | STEPHEN L. DEBLASIO | LEVIN, HOWARD |
| 2:91-cv-03197-JG | DIANE COOK | COHAN, LAWRENCE |
| 2:91-cv-03217-JG | BENJAMIN PETERSON | BROWN, LAURENCE |
| 2:91-cv-03231-JG | ALFRED M. CIANFRANI | MARSHALL, DONALD |
| 2:91-cv-03250-JG | JOAN E. CAPUTO | BALEFSKY, LEE |
| 2:91-cv-03258-JG | JEROME CAWLEY | PERLBERGER, NORMAN |
| 2:91-cv-03259-JG | PHILIP H. JACOBY | PERLBERGER, NORMAN |
| 2:91-cv-03309-JG | CHARLES BIENKOWSKI | SHEIN, JOSEPH |
| 2:91-cv-03351-JG | PATRICIA STANG | BROWN, LAURENCE |
| 2:91-cv-03353-JG | BEULAH G. WEICKSEL | SCHWARTZ, JEFFREY |
| 2:91-cv-03354-JG | HAROLD K. SEACE | SCHWARTZ, JEFFREY |
| 2:91-cv-03355-JG | HAROLD T. GAY | SCHWARTZ, JEFFREY |
| 2:91-cv-03356-JG | GEORGE E. COOPER | SCHWARTZ, JEFFREY |
| 2:91-cv-03357-JG | HELEN TAYLOR | SCHWARTZ, JEFFREY |
| 2:91-cv-03358-JG | CAROL AMORIELLO | SCHWARTZ, JEFFREY |
| 2:91-cv-03359-JG | ROOSEVELT BEN | SCHWARTZ, JEFFREY |
| 2:91-cv-03360-JG | LOIS SEACE | SCHWARTZ, JEFFREY |
| 2:91-cv-03416-JG | STEWART W. MARKWARD | SCHWARTZ, JEFFREY |
| 2:91-cv-03443-JG | MILDRED Z. LAWRENCE | LONG, JAMES |
| 2:91-cv-03455-JG | CHARLOTTE BLOSCHICHAK | POWELL, KENNETH |
| 2:91-cv-03474-JG | DELORES MCCLELLAN | PERLBERGER, NORMAN |



| Case Number | Plaintiff | Attorney |
|---|---|---|
| 2:92-cv-01807-JG | LOUISE M. BIERLY | LEVIN, NELSON |
| 2:92-cv-01808-JG | FRANK S. TRAPANI | LEVIN, HOWARD |
| 2:92-cv-01810-JG | GLADYS MAHADY | LEVIN, HOWARD |
| 2:92-cv-01846-JG | FRANCIS ZWIERCAN | COHEN, MITCHELL |
| 2:92-cv-01852-JG | EDITH WACHTER | COOPERSTEIN, STEVEN |
| 2:92-cv-01865-JG | JAMES MURPHY | POWELL, KENNETH |
| 2:92-cv-01866-JG | MARIE MANGAN | POWELL, KENNETH |
| 2:92-cv-01867-JG | DONALD T. McCORMICK | POWELL, KENNETH |
| 2:92-cv-01868-JG | MARGARET WILLIAMS | POWELL, KENNETH |
| 2:92-cv-01869-JG | EDWARD SHIMBA | POWELL, KENNETH |
| 2:92-cv-01870-JG | LEO P. HENNIGAN | POWELL, KENNETH |
| 2:92-cv-01871-JG | DOROTHY DATZ | POWELL, KENNETH |
| 2:92-cv-01872-JG | BEATRICE REILLY | POWELL, KENNETH |
| 2:92-cv-01873-JG | JOHN CUNNINGHAM | POWELL, KENNETH |
| 2:92-cv-01875-JG | GEORGE FRITCH | POWELL, KENNETH |
| 2:92-cv-01876-JG | CAROL JANE TRAUTZ | POWELL, KENNETH |
| 2:92-cv-01877-JG | FRANK C. DiANTONIO | ADELS, PETER |
| 2:92-cv-01878-JG | ARMANDO CONSALVI | POWELL, KENNETH |
| 2:92-cv-01879-JG | FRED W. LIVEZEY | POWELL, KENNETH |
| 2:92-cv-01880-JG | SUSAN IVEY | POWELL, KENNETH |
| 2:92-cv-01881-JG | ARTHUR J. MARNIEN | POWELL, KENNETH |
| 2:92-cv-01882-JG | BETTIE L. McNEIL | POWELL, KENNETH |
| 2:92-cv-01883-JG | SALLY D. SCHNUPP | POWELL, KENNETH |
| 2:92-cv-01884-JG | EUGENE P. PFURR | POWELL, KENNETH |
| 2:92-cv-01885-JG | ANNA B. SHEPOS | POWELL, KENNETH |
| 2:92-cv-01886-JG | GEORGE MCNELIA | POWELL, KENNETH |
| 2:92-cv-01888-JG | MICHAEL NESTOR | POWELL, KENNETH |
| 2:92-cv-01889-JG | BARBARA A. SCHOMER | POWELL, KENNETH |
| 2:92-cv-01890-JG | CLARENCE E. BITTNER | POWELL, KENNETH |
| 2:92-cv-01891-JG | CONSTANCE WEISGERBER | POWELL, KENNETH |
| 2:92-cv-01892-JG | ANGELINA ESPOSITO | POWELL, KENNETH |
| 2:92-cv-01893-JG | JAMES M. CAIN | POWELL, KENNETH |
| 2:92-cv-01894-JG | BENJAMIN F. HUMPHREY | POWELL, KENNETH |
| 2:92-cv-01895-JG | JOHN M. CAVANAUGH | POWELL, KENNETH |
| 2:92-cv-01896-JG | ANN SELEMBA | POWELL, KENNETH |
| 2:92-cv-01897-JG | ANTHONY P. JULES | POWELL, KENNETH |
| 2:92-cv-01898-JG | JERRY REMENTER | POWELL, KENNETH |
| 2:92-cv-01900-JG | CHARLOTTE A. MELVIN | POWELL, KENNETH |
| 2:92-cv-01901-JG | ANNE LIPARULO | POWELL, KENNETH |
| 2:92-cv-01902-JG | CARMINE DeANGELIS | POWELL, KENNETH |
| 2:92-cv-01903-JG | WILLIAM LEHMAN | POWELL, KENNETH |
| 2:92-cv-01904-JG | ANNA WEISS | POWELL, KENNETH |
| 2:92-cv-01906-JG | JOHN P. HOLBROOK | SWICKLE, ROBERT |
| 2:92-cv-01951-JG | GRACE A. HOLBROOK | SWICKLE, ROBERT |
| 2:92-cv-01988-JG | SARA HICKMAN | LEVIN, HOWARD |
| 2:92-cv-02065-JG | LILLIAN MCNULTY | PAUL, ROBERT |
| 2:92-cv-02091-JG | ANTHONY TERRA | JAFFEE, RONDA |
| 2:92-cv-02092-JG | CHARLES SHORTRIDGE | JAFFEE, RONDA |
| 2:92-cv-02120-JG | THELMA CUMMINGS | JOYCE, THOMAS |
| 2:92-cv-02145-JG | MARGUERITE HALL | BROWN, LAURENCE |

